

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                         SENTENCING GUIDELINE ORDER

v.

                         CASE NO. 13-cr-0019 EAW

NINA JAFARI a/k/a Fatemah Jafari,

        Defendant.

---

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Michael DiGiacomo |
| DEFENSE ATTORNEY | Peter J. Pullano |
| INTERPRETER (YES or NO) | No |
| DATE OF VERDICT | September 29, 2014 |
| SENTENCING DATE | December 5, 2014 at 2:00 P.M. |
| INITIAL PSR DUE | October 21, 2014 <br> (45 DAYS PRIOR TO SENTENCING*) |
| STATEMENT OF PARTIES, AND OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | November 12, 2014 <br> (24 DAYS PRIOR TO SENTENCING*) |

| | |
|---|---|
| RESPONSES TO OBJECTIONS MOTIONS DUE | November 21, 2014 <br> (14 DAYS PRIOR TO SENTENCING*) |
| 5K1.1 APPLICATION, IF ANY, DUE | November 25, 2014 <br> (10 DAYS PRIOR TO SENTENCING*) |
| LETTERS OR SIMILAR SUBMISSIONS DUE | November 25, 2014 <br> (10 DAYS PRIOR TO SENTENCING*) |
| FINAL PSR DUE | December 1, 2014 <br> (7 DAYS PRIOR TO SENTENCING*) |

*This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned. That is, whatever the sentencing date, the time requirements apply. ANY SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.*

NOTE: MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE

NOTE: IF ANY OF THE ABOVE DATES FALL ON A HOLIDAY OR DAY WHEN THE CLERK'S OFFICE IS CLOSED, THE DUE DATE IS THE NEXT BUSINESS DAY

SO ORDERED.

Dated: Rochester, New York
September 30, 2014

Elizabeth A. Wolford
United States District Judge