

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-v-

13-CR-19 EAW

NINA JAFARI a/k/a Fatemeh Jafari,

        Defendant

---

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 22, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(7), based upon the Court's determination that the following property is subject to forfeiture as a result of the defendant, NINA JAFARI's, conviction upon a jury verdict rendered on September 29, 2014:

> The sum of One Hundred Twenty-Five Thousand ($125,000.00) dollars in United States currency to be evidenced by a judgment issued by this Court against the defendant.

NOW, THEREFORE, IT IS ORDERED, that the Preliminary Order of Forfeiture is now final and the sum of $125,000.00 United States currency is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(7); and it is further

ORDERED, that a Judgment against the defendant, NINA JAFARI, and in favor of the United States of America in the amount of $125,000.00 United States currency, plus interest from the date of judgment at the current legal rate, computed daily and compounded

annually until paid in full, shall be entered by the Clerk of the Court for the Western District of New York; and it is further

ORDERED, that this Judgment shall be duly recorded in the records of the County Clerk's Office in the county of the defendant's residence and any and all other counties in which the defendant has either real or personal property as a lien thereon; and it is further

ORDERED, upon payment of the Judgment in full, the United States shall file with the Clerk of the Court and the appropriate Clerk of the County in which any transcript has been filed, a Satisfaction of Judgment; and it is further

ORDERED, that the judgment be, and the same is entered in accordance with the foregoing; and it is further

ORDERED, that this Court shall retain jurisdiction to enforce this Order, and to amend, as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

DATED: Rochester, New York, February _19_, 2015.

_____
HONORABLE ELIZABETH A. WOLFORD
United States District Judge