IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                          13-CR-19

NINA JAFARI

                      Defendant.

## **AFFIDAVIT**

STATE OF NEW YORK   )
COUNTY OF ERIE       ) SS:
CITY OF BUFFALO     )

      MICHAEL DIGIACOMO, being duly sworn, deposes and states:

      1.     I am an Assistant United States Attorney in the Western District of New York and the attorney for the United States in the above-captioned matter.

      2.     Pursuant to the direction of the Court (Dkt. #108), the government was directed to submit a factual Affidavit by March 31, 2015, setting forth the manner in which the restitution figure sought by BlueCross BlueShield was calculated.

      3.     Attached as Exhibit 1 is an Affidavit dated March 19, 2015, from Susan P. Schultz, Manager of the Special Investigations Unit at BlueCross BlueShield, setting forth the manner in which restitution was calculated.

If the Court requires further information, kindly contact the undersigned.

*S/MICHAEL DIGIACOMO*
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 885
Michael.DiGiacomo@usdoj.gov

Sworn to before me this 23rd day of
March, 2015.

*S/KATHLEEN M. RIEMAN*
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 9-23-17